| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DUBOIS, JAN E | 2. Court or Organization<br><br>U.S.D.C., E.D., PA | 3. Date of Report<br><br>08/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, U.S.D.C. | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>12613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]     NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1987-Pres | Corporate Alliance for Drug Education |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]     NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | New York City, New York - March 24, 2006 - Annual Dinner (meals and hotel) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2. Pennsylvania Insd. Mun. Inc. Bond Trust    (1) | A | Interest | J | T | | | | | |
| 5. Bell South Corp. | B | Dividend | K | T | | | | | |
| 10. General Electric Co. | D | Dividend | N | T | | | | | |
| 11. Gillette Co. (45) | C | Dividend | | | Exchange | 10/3 | N | | |
| 15. Bristol-Myers Squibb Co. | B | Dividend | K | T | | | | | |
| 28. Altoona PA. Area Sch. Dist. Auth. 6.5% 1/1/08 (S) | A | Interest | J | T | | | | | |
| 47. Royal Dutch Pet.    (43) | B | Dividend | | | Exchange | 6/28 | K | | |
| 58. Home Depot Inc. (5) IRA | A | Dividend | L | T | | | | | |
| 59. Intel Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 64. Morgan Stanley Dean Witter Liquid Asset Fund (5) IRA | A | Dividend | L | T | | | | | |
| 66. Morgan Stanley Dean Witter Liquid Asset Fund (6) IRA | A | Dividend | J | T | | | | | |
| 69. Merck & Co. (5) (42) IRA | C | Dividend | L | T | | | | | |
| 75. American Electric Power Co. (9) | A | Dividend | J | T | | | | | |
| 78. Bristol Myers Squibb Co. (9) | A | Dividend | K | T | | | | | |
| 80. Emerson Electric Co. (9) | B | Dividend | K | T | | | | | |
| 86. Royal Dutch Pet (9)    (44) | B | Dividend | | | Exchange | 6/28 | L | | |
| 88. South Jersey Ind. Inc. (9) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 89. Quest Com. Int'l Inc. (9)(34)(Trust) | | None | J | T | | | | | |
| 94. First Union National Bank (10) | A | Interest | J | T | | | | | |
| 96. Liberty All Star Equity FD SBI (9) | B | Dividend | J | T | | | | | |
| 99. NCR Corporation | | None | J | T | | | | | |
| 102. CitiGroup (5) IRA | C | Dividend | M | T | | | | | |
| 109. Morgan Stanley Dean Witter High Yield B (46) | A | Dividend | | | Exchange | 6/23 | J | | |
| 110. Active Assets Money Trust (17) | B | Dividend | | | | | | | |
| 111. Active Assets Money Trust (17)(9) | A | Dividend | J | T | | | | | |
| 112. Active Assets Money Trust (17) | A | Dividend | J | T | | | | | |
| 120. Morgan Stanley Dean Witter S&P 500 Index B(5)IRA | A | Dividend | M | T | | | | | |
| 125. Citigroup (9)(35) | A | Dividend | J | T | | | | | |
| 131. NJ St. Housing & Mort. 5.2% Due 4/1/07 IRA | B | Interest | | | Sell | 10/21 | K | | |
| 132. MICH. ST. HOSP. FIN AUTH REV REF-TRINITY HEALTH-SER A | B | Interest | K | T | | | | | |
| 134. Oracle Corp. (5) IRA | | None | J | T | | | | | |
| 136. Nokia CP ADR (5) IRA | A | Dividend | K | T | | | | | |
| 137. Cisco Sys Inc. (5) IRA | | None | L | T | buy | 3/16 | K | | |
| 138. MorganStanleyDeanWitter (9) | B | Dividend | L | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:            J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes:     P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)          Q =Appraisal               V =Other                    S =Assessment
                            U =Book Value                                           W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 139. Visteon Corp.    (9)(36) | | None | J | T | | | | | |
| 141. Zimmer Hldgs. Inc.    (38) | | None | J | T | | | | | |
| 142. Zimmer Hldgs. Inc.    (38) | | None | J | T | | | | | |
| 145. IL HLTH FAS-A BE (07-01-10) | B | Interest | K | T | | | | | |
| 148. Duke Energy Corp. | B | Dividend | | | Sell | 5/13 | L | E | |
| 149. Westmoreland Cnty PA Genl 4.45 12/01/05 (S) | B | Interest | | | Redeemed | 12/1 | K | | |
| 150. Owen J. Roberts Sch Dist PA 5.375 5/15/18 (S) | B | Interest | K | T | | | | | |
| 152. Pfizer, Inc. (5) IRA | B | Dividend | K | T | | | | | |
| 153. Templeton Foreign Fund C (6) | A | Dividend | L | T | Sell | 10/17 | K | D | |
| 155. Raytheon Co (NEW) (5) IRA | A | Dividend | K | T | | | | | |
| 156. Scudder Preserv Plus Inc. C. (5) IRA | B | Dividend | L | T | | | | | |
| 157. Genl Elec Cap 5 7/8 2/18/33 (5) IRA | A | Dividend | | | Sell | 3/2 | L | A | |
| 158. Aim Premier Equity A (5) (41) IRA | A | Dividend | M | T | | | | | |
| 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | J | T | | | | | |
| 160. Jones Soda Co.    (6) IRA | | None | | | Sold | 7/20 | K | D | |
| | | | | | Sold | 11/16 | J | B | |
| 161. IShares MSCI Japan Index Fund (6) IRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | L | T | | | | | |
| 163. Allscripts Healthcare Shs Inc. (6) IRA | | None | K | T | Buy | 7/20 | K | | |
| 164. Advanced Micro Devices | | None | K | T | Buy | 11/21 | K | | |
| 165. BDP-Morgan Stanley Bank | A | Interest | L | T | Opened | | | | |
| 166. Royal Dutch Shell PLC(43) | A | Dividend | K | T | Exchanged | 7/20 | K | | |
| 167. Norwin School Dist 5625 | A | Interest | K | T | Buy | 10/21 | K | | |
| 168. Pottsville Hosp. BE 5200 | A | Interest | K | T | Buy | 12/5 | K | | |
| 169. New York Community Bancorp, Inc.(9) | B | Dividend | K | T | Buy | 1/11 | K | | |
| 170. Noble Intl Ltd. (9) | A | Dividend | K | T | Buy | 4/28 | K | | |
| 171. Royal Dutch Shell PLC(9)(44) | B | Dividend | L | T | Exchange | 7/20 | L | | |
| 172. Procter & Gamble (45) | B | Dividend | N | T | Exchange | 10/03 | N | | |
| 173. BDP Morgan Stanley Bank | A | Interest | K | T | Opened | | | | |
| 174. Blackrock World Invest Trust (6)IRA | A | Dividend | K | T | Buy | 10/24 | K | | |
| 175. High Yield Security A (6) (46) IRA | A | Dividend | | | Sell | 11/16 | J | C | |
| 176. New York Community Bancorp, Inc. (5) IRA | B | Dividend | K | T | Buy | 3/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) (Line 2) Originally included 14 separate purchases of units of Pennsylvania Insured Municipal Bond Trusts for the years 1987 through 1991. Ten of the 14 groups of units in the Municipal Bond Trusts were sold in 1993 at a loss. Purchases of Pennsylvania Insured Municipal Bond Trusts in 1992 are separately listed on lines 34 through 37, 40 and 41, in 1993 on line 45, and in 1994 on line 55. The figures on line 2 are for the four remaining groups of units in Municipal Bond Trusts - Pennsylvania Insured Municipal Bond Trusts 54M, 55M, 68M, and 117M. All units of series 68M (5) and series 117(M) (4) were sold on January 31, 1995, at a loss. ████████ presently owns 22 units of series 54M.

(5) (Lines 58, 59, 64, 69, 102, 106, 120, 132, 134, 136, 137, 151, 152, 155, 156, 157, 158, 176) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 65, 66, 131, 153, 160, 161, 162, 163, 174, 175) Securities in my spouse's IRA Account with Morgan Stanley.

(9) (Lines 75, 77, 78, 80, 86, 88, 89, 96, 111, 125, 138, 139, 169, 170) Securities in ████ Trust of which ████ is co-trustee and income beneficiary.

(10) (Line 94) Checking Account - First Union changed name to Wachovia.

(17) (Lines 110, 111 and 112) Morgan Stanley Money Market Funds.

(34) (Line 89) ██ shares of U.S. West Inc., exchanged for ██ shares of Quest Communications International, Inc.

(35) (Line 125) ██ shares of Associates First Cap CP A exchanged for ██ shares Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(38) (Lines 141 and 142) Spin-off from Bristol Myers-Squibb Company.

(41) (Line 158) Aim Value Fund B changed its name to Aim Premier Equity B. Aim Premier Equity B was converted to Aim Premier Equity A.

(42) (Line 159) Stock dividend distributed to Merck & Co Shareholders (Line 69).

(43) (Lines 47 and 166) ██ shares of Royal Dutch Pete 2B exchanged for ██ shares of Royal Dutch Shell PLC.

(44) (Lines 86 and 171) ██ shares of Royal Dutch Pete 2B exchanged for ██ shares of Royal Dutch Shell PLC.

(45) (Lines 11 and 172) ██ shares of Gillette Co exchanged for ██ shares of Procter & Gamble.

(46) (Lines 109 and 175) Morgan Stanley Dean Witter High Yield B exchanged for Morgan Stanley Dean Witter High Yield A.

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E | 08/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  8 | 14 | 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544